1
2
3
4

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

5
6

7   RELIASTAR LIFE INSURANCE
    COMPANY,

Case No. 19-cv-07437-JSW

8                    Plaintiff,

**ORDER TO SHOW CAUSE**

9           v.

10  SALVATOR T. BIMBO, et al.,

11                   Defendants.

12
13          The parties were ordered to appear for the initial case management conference on Friday,

14  February 28, 2020. In the Order setting this date, the Court stated that "[t]he parties shall appear

15  in person through lead counsel to discuss all items referred to in this Order and with authority to

16  enter stipulations, to make admissions, and to agree to further scheduling dates." (Dkt. 10, Order

17  Setting Case Management Conference at 2.) Neither Jonathan Deer nor Steven Morris appeared

18  on behalf of Defendant Ronnie Bimbo. Accordingly, both counsel are HEREBY ORDERED to

19  show cause why the Court should not impose monetary sanctions in the amount of $250.00 for

20  each one's failure to appear at the case management conference. Counsels' responses to this

21  Order to Show Cause shall be due by March 6, 2020.

22          **IT IS SO ORDERED.**

23  Dated:   February 28, 2020

24  _____

25  JEFFREY S. WHITE
    United States District Judge

26
27
28